■ DEVIN FUZIE, an Infant, by Her Mother and Natural Guardian, PHYLLIS FUZIE, et al., Appellants, v SOUTH HAVEN SCHOOL DISTRICT No. 30, Respondent, et al., Defendants.— Appeal by the plaintiffs from an order of the Supreme Court, Suffolk County (Copertino, J.), entered March 27, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Copertino in his memorandum decision at the Supreme Court. Sullivan, J. P., Lawrence, O'Brien and Ritter, JJ., concur. [See, 146 Misc 2d 1006.]